AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:01-CR-466-T-24MSS |
| RICARDO HERNANDEZ | USM No:    40017-018 |
| _____ / | |

Robert Herce, Esq. (Retained)
Defendant's Attorney

**THE DEFENDANT:**

__X__ admitted guilt to violation of conditions One and Two of the terms of supervision. See below.

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | New Criminal Conduct, Possession of Cocaine while on Supervision in violation of the Conditions of Supervision | February 3, 2007 |
| Two | New Criminal Conduct, Possession Of Marijuana with Intent to Distribute, While on Supervision in violation of Conditions Of Supervision. | February 3, 2007 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated conditions and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: October 23rd, 2007

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Date ____October 23rd, 2007____

DEFENDANT: RICARDO HERNANDEZ  
CASE NUMBER: 8:01-CR-466-T-24MSS  
Judgment - Page __2__ of __2__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *THIRTY-THREE (33) MONTHS. NO TERM OF SUPERVISED RELEASE TO FOLLOW.*

__X__ The Court makes the following recommendations to the Bureau of Prisons:

Defendant serve of imprisonment at FCI Coleman.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

   ____ at _____ a.m.   p.m. on _____.

   ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ____ before 2 p.m. on _____.

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL